IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LARRY E. GOUGE, JR. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:12-cv-01140-NJR-DGW |
| ) | |
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SETTLEMENT

Plaintiff, Larry E. Gouge, Jr., hereby informs the Court that Plaintiff and Defendant have entered into a settlement in this case and expect that the settlement papers will be executed and a Stipulation for Dismissal submitted to the Court within the next sixty (60) days.

Respectfully submitted,

**KUJAWSKI MARCUS, LLC**

By: s/ Robert P. Marcus
**ROBERT P. MARCUS, IBN 6277965**
1331 Park Plaza Drive, Suite 2
O'Fallon, Illinois 62269-1764
Telephone: (618) 622-3600
Facsimile: (618) 622-3700
**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing document has been electronically filed and therefore Notice of Electronic Filing service is being utilized, pursuant to Electronic Rule 8 upon all attorneys of record, this **4th day of June, 2014.**

s/ Robert P. Marcus